```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 21898
   STEVEN SIPUSICH
   PEGGY SIPUSICH                               CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
           Debtor
   SSN XXX-XX-7073     SSN XXX-XX-8066
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 09/30/05 and confirmed on 01/13/06.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  24545.31 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| KINECTA FEDERAL CREDIT U | SECURED | .00 | .00 | .00 |
| STATE FARM BANK | SECURED | .00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1030.22 | .00 | 783.99 |
| CITICARDS PRIVATE LABEL | UNSECURED | 1153.14 | .00 | 877.53 |
| DISCOVER BANK | UNSECURED | 13167.00 | .00 | 10019.97 |
| FLEET CREDIT CARD SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 907.49 | .00 | 690.59 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 13596.30 | .00 | 10346.67 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 974.48 | .00 | 741.57 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

   Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 30828.63 | .00 | 30828.63 |
| PRINCIPAL PAID | .00 | .00 | 23460.32 | .00 | 23460.32 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 23460.32 | .00 | 23460.32 |

The Debtor's attorney, GARY L SHILTS                , was allowed $        .00 and was paid $         .00 .

The Trustee received $   1084.99 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE